No. 10–11180.  NEAL v. FORD MOTOR CO.  C. A. 6th Cir.  Certiorari denied.

No. 10–11209.  MORA-TARULA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–84.  ALVIS ET AL. v. ESPINOSA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT SULLIVAN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–257.  PANTLE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–290.  DELACY v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 11–296.  GUSTIN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–397.  YORK v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 11–425.  APPLEBEE'S INTERNATIONAL, INC. v. FAST ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 11–427.  DOWNEY v. KNOPICK.  C. A. 3d Cir.  Certiorari denied.

No. 11–437.  BITZER v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 11–441.  MALATERRE ET AL. v. AMERIND RISK MANAGEMENT CORP.  C. A. 8th Cir.  Certiorari denied.

No. 11–451.  CONNECTICUT v. LENARZ.  Sup. Ct. Conn.  Certiorari denied.

